## KINSMAN v. KINSMAN.

GILBERT, J. The evidence supports the verdict. The special grounds of the motion for a new trial complained that the court erred in charging the jury as shown by four excerpts from the charge. None of these grounds show error, and the discretion of the trial judge in refusing a new trial will not be disturbed.

*Judgment affirmed. All the Justices concur.*